*Mr. S. A. Balliet,* for Appellant.

---

No. 1,783.—MANTLE, APPELLANT, *v.* LARGEY, RESPONDENT.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided February 24, 1902.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained and the appeal is dismissed without prejudice.

*Messrs. McHatton & Cotter,* for Appellant.

---

No. 1,423—FIRST NATIONAL BANK OF BUTTE, RESPONDENT, *v.* ELLINGWOOD ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided February 26, 1902.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained and the appeal is dismissed.

*Mr. Charles R. Leonard,* for Appellants.

*Messrs. Kirk & Clinton,* for Respondent.